**UNITED STATES DISTRICT COURT**

**EASTERN DISTRICT OF CALIFORNIA**

| | |
|---|---|
| MARK KELLEY, on behalf of GIANNA D. RAMOS,<br><br>Plaintiff,<br><br>v.<br><br>MARTIN O'MALLEY,<br>Commissioner of Social Security,<br><br>Defendant. | Case No. 1:24-cv-0477 JLT CDB<br><br>ORDER ADOPTING FINDINGS AND RECOMMENDATIONS, REMANDING THE ACTION PURSUANT TO SENTENCE FOUR OF 42 U.S.C. § 405(g), AND DIRECTING THE CLERK OF COURT TO ENTER JUDGMENT IN FAVOR OF PLAINTIFF<br><br>(Docs. 14, 16) |

Mark Kelley, on behalf of Gianna D. Ramos, and Martin O'Malley, the Commissioner of Social Security, stipulated to a voluntary remand of Plaintiff's application for benefits pursuant to sentence four of 42 U.S.C. § 405(g). (Doc. 14.) Pursuant to the agreement of the parties, "[o]n remand, the Commissioner will offer Plaintiff the opportunity for a hearing, take further action to develop the administrative record, as necessary, and issue a new decision." (*Id.* at 1.) In addition, the parties agree the administrative decision is reversed, and request the Clerk of Court direct entry of judgment in favor of Plaintiff and against Defendant. (*Id.* at 2.)

The magistrate judge issued Findings and Recommendations, recommending the Court adopt the terms of the stipulation. (Doc. 16 at 1-2.) The Court served the Findings and Recommendation on the parties and informed the parties that any objections were to be filed within 14 days after service. (*Id* at 2.) In addition, the Court advised that "the failure to file

objections within the specified time may result in the waiver of rights on appeal." (*Id.*, quoting *Wilkerson v. Wheeler*, 772 F.3d 834, 839 (9th Cir. 2014).)  No objections were filed and the time to do so has passed.

According to 28 U.S.C. § 636 (b)(1), this Court performed a *de novo* review of the case. Having carefully reviewed the matter, the Court concludes the Findings and Recommendation are supported by the record and proper analysis.  Thus, the Court **ORDERS**:

1. The Findings and Recommendation issued on October 16, 2024 (Doc. 16) are **ADOPTED** in full.
2. The parties' joint request to remand this action pursuant to sentence four of 42 U.S.C. § 405(g) (Doc. 14) is **GRANTED**.
3. The matter is **REMANDED** pursuant to sentence four of 42 U.S.C. § 405(g) for further proceedings.
4. The Clerk of Court is directed to enter judgment in favor of Plaintiff and against Defendant and to close this case.

IT IS SO ORDERED.

Dated: __**November 2, 2024**__              /s/ Jennifer L. Thurston
                                              UNITED STATES DISTRICT JUDGE